THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEMPHIS JONES, Appellant, against JOSEPH H. BROPHY, as Warden of Auburn State Prison, Respondent.

Submitted December 3, 1941; decided January 8, 1942.

*Lemphis Jones*, appellant, in person.

*John J. Bennett, Jr., Attorney-General (Edward T. Boyle* and *Patrick H. Clune* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS. CONWAY and DESMOND, JJ.